

**NUMBER 13-18-00496-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**JOHN WARDELL AND LOIS WARDELL,**         **Appellants,**

**v.**

**HENRY GEARHART, JYLAINE GEARHART
AND ORION GEARHART,**         **Appellees.**

---

**On appeal from the 206th District Court
of Hidalgo County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Rodriguez, Contreras, and Benavides
Memorandum Opinion by Justice Rodriguez**

Appellants, John Wardell and Lois Wardell, filed an appeal from a judgment entered by the 206th District Court of Hidalgo County, Texas, in cause number C-6014-13-D. Appellant has filed an unopposed "Amended Motion for Non-Suit" stating

appellants no longer wish to prosecute their cause of action and requests that this Court enter an order with prejudice for refiling.

We construe appellants' motion to be a motion to dismiss the appeal. The Court, having considered the documents on file and the unopposed motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NELDA V. RODRIGUEZ
Justice

Delivered and filed the 6th
day of December, 2018.

2